United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

Sebastian DeFrancesco,

Sheryl Mifsud and Paul Mifsud,

Plaintiff(s),

v.

Chateau Masson, LLC., et al.,

Defendant(s).

Chateau Masson, LLC., et al.,

Third Party Plaintiff

v.

Bill Graham Presents, Inc., et al.

Third Party Defendants

/

NO. C 04-04834 JW
NO. C 05-01400 JW

**ORDER FOLLOWING CASE MANAGEMENT CONFERENCE**

On August 22, 2005, the Court conducted a case management conference. Paul Rein, appeared on behalf of the Plaintiffs; Bernard Greenfield appeared on behalf of Chateau Masson; and Valerie Sharpe appeared on behalf of Bill Graham, the third party defendant.

At the conference, the parties informed the Court that Plaintiffs Defrancesco and Mifsud have reached a settlement with Defendant Chateau Masson. In light of the settlement, the Court vacates all trial and pretrial dates. On or before **September 16, 2005**, the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a).

United States District Court
For the Northern District of California

If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, Ca. on **September 26, 2005**, at 9:00 a.m. and to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b). On or before **September 16, 2005**, the parties shall file a joint statement in response to the Order to Show Cause. The joint statement shall set forth the status of the activities of the parties for finalizing the settlement and how much additional time is requested to finalize and file the dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

As to the indemnity action between Chateau Masson and Bill Graham Enterprises, counsels informed the Court that the parties have agreed to meet out of counsel's presence in an effort to resolve their issues. Thus, the Court sets **October 31, 2005** at 10 a.m. as a date for further case management in this matter. Should the parties reach an agreement prior to this date, the parties shall promptly notify the Court.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action.

Dated: August 23, 2005

/s/ James Ware
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Bernard S. Greenfield bgreenfield@mghhsj.com
Brian J. Hannon bhannon@mghhsj.com
Clifford E. Yin EfilingCEY@cpdb.com
Julie McLean juliemclean@reinlawoffice.com
Patricia Barbosa pbarbosa@reinlawoffice.com
Paul L. Rein reinlawoffice@aol.com
Susan K. Jamison EfilingSKJ@cpdb.com
Valerie L. Sharpe vsharpe@littler.com

**Dated: August 23, 2005**

**Richard W. Wieking, Clerk**

**By:___/s/ JW Chambers______________**
**Ronald L. Davis**
**Courtroom Deputy**

United States District Court
For the Northern District of California