BERNARD S. GREENFIELD, Esq. (SBN 66017)
BRIAN J. HANNON, Esq. (SBN 99750)
McGRANE, GREENFIELD, HANNON &
HARRINGTON LLP
40 South Market St., 2nd Floor
San Jose, CA 95113
Telephone: (408) 995-5600
Facsimile: (408) 995-0308
E-mail: bgreenfield@mghhsj.com, bhannon@mghhsj.com

SUSAN K. JAMISON, Esq. (SBN 131867)
CLIFFORD YIN, Esq. (SBN 173159)
COBLENTZ, PATCH, DUFFY & BASS, LLP
One Ferry Building, Suite 200
San Francisco, California 94111
Telephone: (415) 391-4800
Facsimile: (415) 989-1663
E-mail: skj@cpdb.com, cey@cpdb.com

Attorneys for Defendant and Third-Party Plaintiff
CHATEAU MASSON, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEBASTIAN DEFRANCESCO,<br><br>    Plaintiff,<br><br>    vs.<br><br>CHATEAU MASSON, LLC; DOES 1 through 25, Inclusive,<br><br>    Defendants.<br><br>CHATEAU MASSON, LLC,<br><br>    Third Party Plaintiff,<br><br>    vs.<br><br>BILL GRAHAM PRESENTS, INC., and DOES 26-50, Inclusive,<br><br>    Third Party Defendants | Case No. C-04-04834 JW<br><br>**[PROPOSED]** ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO DECEMBER 5, 2005 |

(Note: [PROPOSED] shown with strikethrough)

| | |
|---|---|
| SHERYL MIFSUD and PAUL MIFSUD,<br><br>        Plaintiffs,<br><br>  vs.<br><br>CHATEAU MASSON, LLC; DOES 1-25, Inclusive,<br><br>        Defendants | Case No. C-05-01400 JW |
| CHATEAU MASSON, LLC,<br><br>        Third Party Plaintiff,<br><br>  vs.<br><br>BILL GRAHAM ENTERPRISES, INC., and DOES 26-50, Inclusive,<br><br>        Third Party Defendants | |

## **ORDER**

Based on the above-stipulated request of the parties, and good cause appearing,

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:

1. The case management conference on Chateau Masson's third party complaints against Bill Graham Presents, Inc. (in Case No. 04-04834 JW) and Bill Graham Enterprises, Inc. (in Case No. 05-1400 JW), previously scheduled for October 31, 2005 at 10:00 a.m., shall be continued to December 5, 2005 at 10:00 a.m.

2. The joint case management conference statement shall be filed on or before November 28, 2005.

IT IS SO ORDERED.

Dated: 10/25/05

_____
Hon. James Ware
UNITED STATES DISTRICT COURT JUDGE