BERNARD S. GREENFIELD, Esq. (SBN 66017)
BRIAN J. HANNON, Esq. (SBN 99750)
McGRANE, GREENFIELD, HANNON & HARRINGTON LLP
40 South Market St., 2nd Floor
San Jose, CA 95113
Telephone: (408) 995-5600
Facsimile: (408) 995-0308
E-mail: bgreenfield@mghhsj.com, bhannon@mghhsj.com

SUSAN K. JAMISON, Esq. (SBN 131867)
CLIFFORD YIN, Esq. (SBN 173159)
COBLENTZ, PATCH, DUFFY & BASS, LLP
One Ferry Building, Suite 200
San Francisco, California 94111
Telephone: (415) 391-4800
Facsimile: (415) 989-1663
E-mail: skj@cpdb.com, cey@cpdb.com

Attorneys for Defendant and Third-Party Plaintiff
CHATEAU MASSON, LLC



IT IS SO ORDERED
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERYL MIFSUD and PAUL MIFSUD, <br><br> Plaintiffs, <br><br> vs. <br><br> CHATEAU MASSON, LLC; DOES 1-25, Inclusive, <br><br> Defendants | Case No. C-05-01400 JW <br><br> **ORDER RE DISMISSAL WITHOUT PREJUDICE OF CROSS-COMPLAINT** |
| CHATEAU MASSON, LLC, <br><br> Third Party Plaintiff, <br><br> vs. <br><br> BILL GRAHAM ENTERPRISES, INC., and DOES 26-50, Inclusive, <br><br> Third Party Defendants | |

Based on the stipulated request of the parties, and good cause appearing,

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:

1. The third party complaint filed by Chateau Masson, LLC against Bill Graham Enterprises, Inc. on May 13, 2005 is and shall be dismissed without prejudice.

2. Each side shall bear its own attorney fees and costs in connection with said dismissal.

IT IS SO ORDERED.

Dated: _JANUARY 19, 2006_____      _____
　　　　　　　　　　　　　　　　　　　Hon. James Ware
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE